IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRANDON KEITH JOHNSON, TDCJ No. 2335158,<br><br>     Plaintiff,<br><br>v.<br><br>UNKNOWN DEFENDANTS,<br><br>     Defendants. | 2:24-CV-72-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case for failure to prosecute ("FCR") (ECF No. 5). Plaintiff filed a Motion to Extend Time ("Motion") (ECF No. 6), filed June 14, 2024, which the Court will charitably construe as an objection. There, he explains that he will file a lawsuit on July 4, 2024, *id.* at 1, roughly two months after this Court's deadline, ECF No. 5 at 2–4. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR be **ADOPTED** and this case hereby **DISMISSED** without prejudice. Plaintiff may file another complaint that complies with the procedures outlined in the FCR.

**SO ORDERED**.

July _1_, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE